1   BENJAMIN B. WAGNER
    United States Attorney
2   SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone:  (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:11-CR-00079-JAM
                                   )
12              Plaintiff,         )
                                   )   FINAL ORDER OF FORFEITURE
13       v.                        )
                                   )
14  JOSEPH MICHAEL CADOTTE,        )
                                   )
15              Defendant.         )
    _____)

16

17       WHEREAS, on or about May 31, 2011, this Court entered a

18  Preliminary Order of Forfeiture pursuant to the provisions of 26

19  U.S.C. § 5872 and 28 U.S.C. § 2461(c) based upon the plea

20  agreement entered into between plaintiff and defendant Joseph

21  Michael Cadotte forfeiting to the United States the following

22  property:

23            (a)  A "Stevens" Model 820B 12-guage shotgun,
                   sawed-off.
24

25       AND WHEREAS, beginning on June 5, 2011, for at least 30

26  consecutive days, the United States published notice of the

27  Court's Order of Forfeiture on the official internet government

28  forfeiture site www.forfeiture.gov.  Said published notice

                              1            Final Order of Forfeiture

1  advised all third parties of their right to petition the Court

2  within sixty (60) days from the first day of publication of the

3  notice for a hearing to adjudicate the validity of their alleged

4  legal interest in the forfeited property;

5       AND WHEREAS, the Court has been advised that no third party

6  has filed a claim to the subject property, and the time for any

7  person or entity to file a claim has expired.

8       Accordingly, it is hereby ORDERED and ADJUDGED:

9       1.  A Final Order of Forfeiture shall be entered forfeiting

10  to the United States of America all right, title, and interest in

11  the above-listed property pursuant to 26 U.S.C. § 5872 and 28

12  U.S.C. § 2461(c), to be disposed of according to law, including

13  all right, title, and interest of Joseph Michael Cadotte.

14       2.  All right, title, and interest in the above-listed

15  property shall vest solely in the name of the United States of

16  America.

17       3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives

18  shall maintain custody of and control over the subject property

19  until it is disposed of according to law.

20       SO ORDERED this 3rd day of November, 2011.

21

22                              /s/ John A. Mendez
                                JOHN A. MENDEZ
23                              United States District Judge

24

25

26

27

28